

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 00-0207 |
| SCC COMMUNICATIONS CORPORATION | SECTION "B" ( 1 ) |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER REALLOTTING CASE

The undersigned, taking cognizance of 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct, and considering his wife's appointment as a classified employee with the City of New Orleans, and that he should thus disqualify himself from acting herein,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court, other than Section "B."

New Orleans, Louisiana, this ___24th___ day of ___January___, 2000.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

JAN 25 2000

REALLOTTED TO:
SECT. ___

DATE OF ENTRY JAN 25 2000

Fee ___
Process ___
X /Dktd ___
  CtRmDep ___
Doc.No. 3