

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY OF NEW ORLEANS** | * | **CIVIL ACTION NO. 00-0207** |
| | * | |
| v. | * | **SECTION "G"** |
| | * | |
| **SCC COMMUNICATIONS** | * | |
| **CORPORATION** | * | **JUDGE SEAR** |
| | * | |
| | * | **MAGISTRATE (1)** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | **SHUSHAN** |

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, The City of New Orleans, and defendant, SCC Communications Corporation, and upon suggesting to the Court that the disputes in this matter have been fully compromised and settled among the parties, jointly move this Court to dismiss the above captioned matter with prejudice, with each party to bear its own costs.

N0491954 1

DATE OF ENTRY
MAY 3 1 2000

Respectfully submitted:

*[signature: Edward H. Bergin]*

EDWARD H. BERGIN, T.A. (2992)
COLEMAN D. RIDLEY, JR. (25849)
Jones, Walker, Waechter,
  Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telecopier: (504) 582-8011

Attorneys for Defendant,
  SCC Communications Corporation.

*[signature: Michael E. Botnick]*

MICHAEL E. BOTNICK, (3284)
DEPUTY CITY ATTORNEY
1300 Perdido Street
Room 5E03 - City Hall
New Orleans, Louisiana 70112
Telephone: (504) 565-6200

DEBORAH L. WILSON, (13555)
CHIEF DEPUTY CITY ATTORNEY

MAVIS S. EARLY (1343)
CITY ATTORNEY

Attorneys for Plaintiff,
  The City of New Orleans

N0491954 1                                  2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY OF NEW ORLEANS** | * | **CIVIL ACTION NO. 00-0207** |
| | * | |
| v. | * | **SECTION "G"** |
| | * | |
| **SCC COMMUNICATIONS** | * | |
| **CORPORATION** | * | **JUDGE SEAR** |
| | * | |
| | * | **MAGISTRATE (1)** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | **SHUSHAN** |

## ORDER

Considering the Joint Motion to Dismiss;

IT IS ORDERED that the Joint Motion to Dismiss be GRANTED, and that the above-captioned matter be dismissed, with prejudice, with the parties to bear their own costs.

New Orleans, Louisiana this _31st_ day of _May_, 2000.

_____
UNITED STATES DISTRICT JUDGE

N0491954 1